*Messrs. William D. Gordon* and *E. E. Easterling* for Marrs McLean, appellee.

No. 394. MINNESOTA EX REL. PEARSON *v.* PROBATE COURT OF RAMSEY COUNTY ET AL. November 6, 1939. It is ordered that Michael F. Kinkead, present probate judge of Ramsey County, be substituted as a party appellee in the place of Albin S. Pearson, pursuant to stipulation of counsel.

No. —. PHILADELPHIA-DETROIT LINES, INC. *v.* UNITED STATES, ET AL. November 7, 1939. The application of the appellant for the suspension of the challenged order of the Interstate Commerce Commission pending an appeal herein has been referred by MR. JUSTICE BLACK to the Court and the application is denied.

No. 32. CITY OF ATLANTA *v.* NATIONAL BITUMINOUS COAL COMMISSION ET AL. November 7, 1939. Harold L. Ickes, Secretary of the Interior, substituted as the party appellee in the place and stead of National Bituminous Coal Commission and Percy Tetlow, Chairman, et al., on motion of *Mr. J. C.* *Murphy* for the appellant.